[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 8, 2009
THOMAS K. KAHN
CLERK

No. 07-10404
Non-Argument Calendar
_____

D. C. Docket No. 04-00173-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SALVADOR ONTANON-MALDONADO,
a.k.a. Chava
a.k.a. Oaxaco,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 8, 2009)

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Patrick D. Deering, retained counsel for Salvador Ontanon-Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Therefore, as independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ontanon-Maldonado's conviction and sentence are **AFFIRMED**.